**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| SHAYLA HOUSTON, Individually and as | ) | |
| Personal Representative/Administrator for | ) | |
| the Estate of Leandre Houston, Deceased. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-2054 |
| | ) | |
| CITY OF INDIANAPOLIS and | ) | |
| MITCHEL FARNSLEY, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL**

The Defendants, City of Indianapolis and Mitchel Farnsley ("Defendants"), by counsel, pursuant to 28 U.S.C. § § 1331, 1441 and 1446 file their notice that this case has been removed from the Marion County Superior Court, Cause Number 49D01-2410-CT-048690, to the United States District Court for the Southern District of Indiana, Indianapolis Division. In support of this notice, Defendants state:

1.     On October 24, 2024, Plaintiff filed a Complaint in the Marion County Superior Court and alleged pursuant to 42 U.S.C. § 1983 and § 1988, that Defendants deprived Plaintiff of "rights, privileges, and immunities as secured by the…Constitution of the United States." Plaintiff additionally alleged that their rights under the Fourth Amendment were violated by Defendants.

2.     This Court has original jurisdiction over civil actions arising under the Constitution and laws of the United States. 28 U.S.C. § 1331. Thus, this Court has original jurisdiction over this civil action because Plaintiff's claims arise under the Constitution and laws of the United States.

3.     Defendants may remove this civil action because it was brought in State court when this Court had original jurisdiction over this action. *See* 28 U.S.C. § 1441(a).

1

4.      Further, this Court has supplemental jurisdiction over Plaintiff's state-law claims pursuant to 28 U.S.C. § 1367.

5.      Indeed, federal law grants Defendants the option of removing an entire action when this Court has original jurisdiction over the action.  *See* 28 U.S.C. § 1441(c).

6.      This notice of removal is being filed within 30 days of Defendants' receipt of the Plaintiff's Complaint and the Defendants shall submit copies of all process, pleadings, and orders served upon them pursuant to 28 U.S.C. § 1446(b).

7.      There are currently no pending motions.

WHEREFORE, Defendants hereby remove this civil action from the Marion County Superior Court, Cause Number 49D01-2410-CT-048690 to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully submitted,

OFFICE OF CORPORATION COUNSEL

*/s/ Jess Reagan Gastineau*
Jess Reagan Gastineau (27303-53)
Deputy Chief Litigation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, Indiana 46204
T: (317) 327-4055
F: (317) 327-3968
jess.gastineau2@indy.gov

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed on this Wednesday, November 20, 2024, through the ECF E-Filing System. Service will also be made on the Plaintiff via U.S Mail, first-class, postage pre-paid at:

Nathaniel Lee, Esq.
LEE COSSELL & FEAGLEY, LLP
531 East Market Street
Indianapolis, IN 46204

/s/ *Jess Reagan Gastineau*
Jess Reagan Gastineau (27303-53)
Deputy Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968