## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| SHAYLA HOUSTON, Individually and as Personal Representative/Administrator for the Estate of Leandre Houston, Deceased. | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:24-cv-2054-JPH-CSW ) |
| CITY OF INDIANAPOLIS and MITCHEL FARNSLEY, | ) ) ) ) |
| Defendants. | ) |

## DEFENDANT'S NOTICE REGARDING STATE COURT MOTIONS

The Defendants, City of Indianapolis and Mitchel Farnsley, by counsel, and consistent with Local Rule 81-2(d)(1), provide notice to the Court that as of the filing of this notice that no state-court motions have been filed or are pending in Marion Superior Court.

Respectfully submitted,

OFFICE OF CORPORATION COUNSEL

*/s/ Jess Reagan Gastineau*
Jess Reagan Gastineau (27303-53)
Deputy Chief Litigation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, Indiana 46204
T: (317) 327-4055
F: (317) 327-3968
jess.gastineau2@indy.gov

1

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed on this Wednesday, November 20, 2024,

through the ECF E-Filing System. Service will also be made on the Plaintiff via U.S Mail, first-class,

postage pre-paid at:

Nathaniel Lee, Esq.
LEE COSSELL & FEAGLEY, LLP
531 East Market Street
Indianapolis, IN 46204


*/s/ Jess Reagan Gastineau*
Jess Reagan Gastineau (27303-53)
Deputy Litigation Counsel


OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968

2