**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| SHAYLA HOUSTON, Individually and as Personal Representative/Administrator for the Estate of Leandre Houston, Deceased, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:24-cv-2054-MPB-CSW |
| | ) | |
| CITY OF INDIANAPOLIS and MITCHEL FARNSLEY, | ) ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Shayla Houston, Individually and as Personal Representative/Administrator for the Estate of Leandre Houston, Deceased and Defendants City of Indianapolis and Mitchel Farnsley, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and by their respective counsel, hereby stipulate to the dismissal of this cause of action with prejudice, each party bearing their own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| */s/ Raegi Shirley* (with permission) | */s/ Jason M. Rauch* |
| Nathaniel Lee (#10159-49) | Stephanie L. Gutwein (#31234-49) |
| Raegi Shirley (#37580-29) | Matthew K. Giffin (#31603-49) |
| LEE, COSSELL & FEAGLEY, LLP | Jason M. Rauch (#34749-49) |
| 531 East Market Street | FAEGRE DRINKER BIDDLE & REATH LLP |
| Indianapolis, IN 46204 | 300 N. Meridian Street, Suite 2500 |
| T: (317) 631-5151 | Indianapolis, IN 46204 |
| F: (317) 682-6477 | T: (317) 237-0300 |
| nlee@nleelaw.com | F: (317) 237-1000 |
| rshirley@nleelaw.com | stephanie.gutwein@faegredrinker.com |
| | matt.giffin@faegredrinker.com |
| | jason.rauch@faegredrinker.com |
| | |
| | *Attorneys for Defendants City of Indianapolis and Mitchel Farnsley* |

Michael Brian Coppinger (#36179-49)
Office of Corporation Counsel
City of Indianapolis
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204
T: (317) 327-4055
F: (317) 327-3968
brian.coppinger@indy.gov

*Attorney for Defendants City of
Indianapolis and Mitchel Farnsley*

Andrew R. Duncan (#26349-49)
Ruckelshaus, Kautzman, Blackwell, Bemis
& Duncan, LLP
135 N. Pennsylvania Street, Suite 1600
Indianapolis, IN 46204
T: (317) 634-4356
F: (317) 634-8635
ard@rkblegalgroup.com

*Counsel for Defendant Mitchel Farnsley*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, the above and foregoing was electronically filed

with the E-filing system which sent notification of such filing to all counsel of record.


*/s/ Jason M. Rauch*
Jason M. Rauch