**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| SHAYLA HOUSTON, Individually and as Personal Representative/Administrator for the Estate of Leandre Houston, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:24-cv-2054-MPB-CSW |
| CITY OF INDIANAPOLIS and MITCHEL FARNSLEY, | ) ) ) | |
| Defendants. | ) ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is a Joint Stipulation of Dismissal with Prejudice between Plaintiff Shayla Houston, Individually and as Personal Representative/Administrator for the Estate of Leandre Houston, Deceased and Defendants City of Indianapolis and Mitchel Farnsley, wherein the Parties stipulated to the dismissal of all claims. Therefore, the case is **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a), each side to bear its own costs and attorneys' fees. The Clerk of the Court is **DIRECTED** to close this case.

**SO ORDERED** on March __, 2026

_____
Judge, United States District Court
Southern District of Indiana

Distribution:
All Parties of Record